UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EBEN JACKS § § § PLAINTIFF § § V. § § VENTERRA REALTY MANAGEMENT § COMPANY, INC. § § DEFENDANT § | CIVIL ACTION NO. 4:13-cv-260 JURY |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

The parties hereby agree that pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), this case is dismissed without prejudice to refiling the same.

IT IS SO ORDERED.

5/28/13

_____
DAVID HITTNER
United States District Judge

Respectfully Submitted,

**TERRY & THWEATT, P.C.**

By: /s/ L. Lee Thweatt
L. Lee Thweatt
Texas Bar No. 24008160
Federal I.D. No. 36618
Joseph D. Terry
Texas Bar No.  24013618
Federal Bar No. 24206
One Greenway Plaza, Suite 100
Houston, Texas  77046-0102
(713) 600-4710 (Telephone)
(713) 600-4706 (Telecopier)
lthweatt@terrythweatt.com
jterry@terrythweatt.com

**SULLO & SULLO, LLP**

Andrew F. Sullo
Texas Bar No. 24026218
Penelope Hernandez
Texas Bar No. 24080719
2020 Southwest Freeway, #300
Houston, Texas  77098
(713) 839-9026 (Telephone)
(713) 523-6634 (Telecopier)

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Kirk D. Willis
Kirk D. Willis
The Willis Law Group, PLLC
State Bar No. 21648500
10440 N. Central Expy, Suite 520
Dallas, Texas 75231
214-736-9433 Telephone
214-736-9994 Facsimile

Devon H. Decker
State Bar No. 05706870
Westheimer Center
11200 Westheimer Suite 900
Houston, Texas 77042
713-893.4566 Telephone
713-893.8966 Facsimile

**ATTORNEYS FOR DEFENDANT**